1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7               EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9   YOUNG YIL JO, | Case No. 1:13-cv-01969 LJO-DLB PC |
| 10         Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL |
| 11    v. | |
| 12   SIX UNKNOWN AGENTS, | **FIFTEEN-DAY DEADLINE** |
| 13        Defendants. | |

14

15       On December 2, 2013, Plaintiff filed what was construed as a civil rights complaint.  Plaintiff

16 neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

17       Within fifteen (15) days from the date of service of this order, Plaintiff shall file an

18 application to proceed in forma pauperis or pay the $400.00 filing fee in full.  **The failure to comply**

19 **with this order will result in dismissal of this action.**

20
21
22 IT IS SO ORDERED.
23    Dated:   **January 2, 2014**               /s/ *Dennis L. Beck*
24                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28