# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>        Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN AGENTS,<br><br>        Defendants. | Case No. 1:13-cv-01969 LJO-DLB PC<br><br>ORDER DISMSSING ACTION WITHOUT PREJUDICE FOR FAILURE TO FOLLOW COURT ORDER |

On December 2, 2013, Plaintiff filed what was construed as a civil rights complaint. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

On January 2, 2014, the Court issued an order requiring Plaintiff to either pay the $400.00 filing fee, or file an application to proceed in forma pauperis, within fifteen (15) days. More than fifteen (15) days have passed and Plaintiff has not complied with the order or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a). Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

1

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 21, 2014**                    **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE

2